| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 1:06cr00321-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | CR08-532 SBA | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Mostafa M. Mohamed | DISTRICT Eastern District of Virginia | DIVISION Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Leonie M. Brinkema | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/1/2006 |

FILED AUG - 7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| OFFENSE Conspiracy to Commit Immigration Fraud (Felony) 18 U.S.C. §371 |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Virginia

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the [othdist] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _10/11/07_ Date | _Leonie M. Brinkema_ United States District Judge Leonie M. Brinkema |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| _10/30/07_ Effective Date | United States District Judge |
|---|---|